**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ATLAS JENKINS,<br>Plaintiff,<br>v.<br>RIVERSIDE COUNTY SHERIFF DEPARTMENT,<br>Defendant. | Case No. 5:25-cv-02626-JAK-SP<br><br>**JUDGMENT**<br><br>**JS-6: Case Closed** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: October 23, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE